UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

EUGENE RICHARDS, et al.,

                Plaintiffs,

-vs-

UNITED STATES OF AMERICA,

                Defendant.

------------------------------------------------------------

**ORDER OF DISMISSAL**
**FOR FAILURE TO PROSECUTE**

CV-02-5710 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 1 1 2005 ★
BROOKLYN OFFICE

GARAUFIS, J.

It is hereby **ORDERED** that the captioned case is dismissed without prejudice, for failure to prosecute. No further proceedings have been commenced by any party since AUGUST 26, 2003 and no explanation for the lack of proceedings has been filed and approved by the Court.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

                                    SO ORDERED.

                                NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:   Brooklyn, N.Y.
             May 9, 2005