UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
EUGENE RICHARDS, et al.,

                         Plaintiffs,

   -against-


UNITED STATES OF AMERICA,



                       Defendant.
--------------------------------------------------------------------X

JUDGMENT
02-CV- 5710 (NGG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 1 2 2005 ★

BROOKLYN OFFICE

      An Order of Honorable Nicholas G. Garaufis, United States District Judge, having

been filed on May 11, 2005, dismissing the case without prejudice for failure to prosecute;

it is

      ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; and

that the case is dismissed without prejudice for failure to prosecute.



Dated: Brooklyn, New York
      May 11, 2005

                                     ROBERT C. HEINEMANN
                                     Clerk of Court